USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
 :
CAMPBELL, :
 :
 :
 Plaintiff, :
 : 22-cv-5945 (LJL)
 -v- :
 : ORDER
 :
THE BOARD OF TRUSTEES OF COLUMBIA :
UNIVERSITY IN THE CITY OF NEW YORK, :
 :
 Defendant. :
 X
--------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

    The Court has a close relative who is a recent graduate of Barnard College. For purposes of determining whether recusal is necessary, Plaintiff is directed to inform the Court as to the relationship between Barnard College and the class alleged in the Complaint as well as to provide any other information relevant to the Court's consideration of whether to recuse itself. Such information shall be provided by ECF filing as soon as possible and no later than August 11, 2022.

    SO ORDERED.

Dated: August 9, 2022
       New York, New York             _____
                                                         LEWIS J. LIMAN
                                                 United States District Judge