# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAVI CAMPBELL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant, | Case No. 1:22-cv-05945-LJL |

### PLAINTIFF RESPONSE TO COURT'S INQUIRY AT DOCKET NUMBER 9

**WHEREAS**, on August 9, 2022, this Court issued an order found at Docket Entry Number 9, stating as follows:

> The Court has a close relative who is a recent graduate of Barnard College. For purposes of determining whether recusal is necessary, Plaintiff is directed to inform the Court as to the relationship between Barnard College and the class alleged in the Complaint as well as to provide any other information relevant to the Court's consideration of whether to recuse itself. Such information shall be provided by ECF filing as soon as possible and no later than August 11, 2022.

In response thereto, Plaintiff states as follows:

1.  Plaintiff's complaint is on behalf of all students who attended Columbia University. Upon information and belief, Barnard College is a part of Columbia University and advertises itself as such to prospective students. Therefore students at Barnard College would be putative class members as they are part of the proposed class in this action.

Dated: August 11, 2022  Respectfully submitted,

By: */s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston

**Gainey McKenna & Egleston**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel: 212- 983-1300
Fax: 212-983-0383
tjmckenna@gme-law.com
gegleston@gme-law.com