UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAVI CAMPBELL, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | Case No. 1:22-cv-05945-PGG |
| STUDENT A, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | Case No. 1:22-cv-06567-PGG |

### JOINT STIPULATION AND ORDER CONSOLIDATING ACTIONS AND ORDER ESTABLISHING A LEADERSHIP STRUCTURE

#### CONSOLIDATION

**WHEREAS**, there are presently two putative class actions filed as related actions against Defendant The Board of Trustees of Columbia University in the City of New York ("Defendant") pending in this Court: (1) *Ravi Campbell v. The Board Of Trustees Of Columbia University In The City Of New York*, Case No. 1:22-cv-05945-PGG (the "*Campbell Action*"), and (2) *Student A v. The Board Of Trustees Of Columbia University In The City Of New York*, Case No. 1:22-cv-06567-PGG (the "*Student A Action*," and together with the "*Campbell Action*," the "Actions");

**WHEREAS**, in an effort to promote judicial efficiency and avoid unnecessary duplication of effort, the parties agree that the Actions should be consolidated in this Court;

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 1:22-cv-05945 (the "*Consolidated Action*"), pursuant to Federal Rule of Civil Procedure 42(a):

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Ravi Campbell v. The Board Of Trustees Of Columbia University In The City Of New York* | 1:22-cv-05945 | July 12, 2022 |
| *Student A v. The Board of Trustees of Columbia University In the City of New York* | 1:22-cv-06567 | Aug. 2, 2022 |

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

| | |
|---|---|
| IN RE: COLUMBIA COLLEGE RANKINGS ACTION | Case No. 1:22-cv-05945-PGG<br><br>(Consolidated with Case No. 1:22-cv-06567-PGG) |

3. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 1:22-cv-05945, and the Clerk shall administratively terminate Case No. 1:22-cv06567-PGG. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" and when a pleading applies to some but not all of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

4. This Stipulation is without prejudice to any and all defenses that Defendant may assert in this or any of the above-referenced actions and without prejudice to any and all claims that the plaintiffs in the Actions ("Plaintiffs") may assert.

## APPOINTMENT OF LEAD COUNSEL

**WHEREAS**, in order to realize the efficiencies made possible by consolidation of the Actions, Plaintiffs propose that Gainey McKenna & Egleston, whose firm resume is attached hereto as Exhibit A, shall be designated as interim Lead Counsel representing Plaintiffs in the consolidated action, with Eric M. Poulin, Roy T. Willey IV, Paul J. Doolittle, and Blake G. Abbott of the Poulin | Willey | Anastopoulo Law Firm, LLC to file motions to be admitted pro hac vice;[1]

**WHEREAS**, Defendant takes no position on Plaintiffs' request to appoint interim Lead Counsel;

**NOW THEREFORE**, Plaintiffs, through their undersigned counsel, hereby respectfully request that the Court enter an Order as follows:

1. Lead Counsel for Plaintiffs for the conduct of the Consolidated Action shall be:

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, Floor 19
New York, New York 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

2. Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work

---

[1] Thomas J. McKenna of Gainey McKenna & Egleston (tjmckenna@gme-law.com) is the sponsoring attorney and shall be able to appear and file on behalf of Messrs. Poulin, Willey, Doolittle, and Abbott in this action, whose firm resume is attached hereto as Exhibit B.

assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

3. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Lead Counsel.

4. Defendant's counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all Plaintiffs.

Dated:  August 24, 2022                                                                     Respectfully submitted,

By: */s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
**GAINEY MCKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel: (212) 983-1300
tjmckenna@gme-law.com
gegleston@gme-law.com


**[Proposed] Lead Counsel for Plaintiffs**


-AND-

**POULIN | WILLEY| ANASTOPOULO LAW FIRM, LLC**
Eric M. Poulin (*Pro Hac Vice forthcoming*)
Roy T. Willey, IV (*Pro Hac Vice forthcoming*)
Paul J. Doolittle (*Pro Hac Vice forthcoming*)
Blake G. Abbott (*Pro Hac Vice forthcoming*)
32 Ann Street
Charleston, SC 29403
Tel: (843) 614-8888
eric@akimlawfirm.com
roy@akimlawfirm.com
pauld@akimlawfirm.com
blake@akimlawfirm.com

**Of Counsel**

*Counsel for Plaintiffs*

By: /s/ Maura K. Monaghan
Maura K. Monaghan
Kristin D. Kiehn
Aasiya M. Glover
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
mkmonaghan@debevoise.com
kdkiehn@debevoise.com
afmglover@debevoise.com

*Counsel for the Board of Trustees of Columbia University*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: September 8, 2022