**Debevoise & Plimpton**

October 27, 2022

MEMO ENDORSED: The initial pretrial conference in this matter scheduled for November 3, 2022, is adjourned to November 18, 2022 at 10:15 a.m.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Date: October 28, 2022

VIA ECF

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

Re:   IN RE: COLUMBIA COLLEGE RANKINGS ACTION
      (1:22–cv–05945-PGG (consolidated with 1:22–cv–06567–PGG))

      This Document Relates To: All Actions

Dear Judge Gardephe:

We represent Defendant in the above-referenced action, which was referred to Your Honor on August 11, 2022. Per the Court's August 15, 2022 Order, an initial pretrial conference is scheduled for Thursday, November 3, 2022 at 10:30 a.m. *See* ECF No. 11. With consent of counsel for Plaintiffs, we respectfully request an adjournment of the pretrial conference because Defendant's counsel has a family conflict on that date. This is the first request for such an adjournment, and no other court dates have been scheduled in this matter.

We request an adjournment for the earliest date on which the Court can reschedule the conference. The parties are available on the following dates: Monday, November 7 (morning); Friday, November 18; Monday, November 21 (morning).

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Maura K. Monaghan*
Maura K. Monaghan

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
mkmonaghan@debevoise.com

cc:   All counsel of record (by ECF)