# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COLUMBIA COLLEGE RANKINGS ACTION | Case No. 1:22-cv-05945-PGG <br><br> (Consolidated with Case No. 1:22-cv-06567-PGG) <br><br> **JOINT STIPULATION OF EXTENSION OF TIME TO RESPOND TO THE CONSOLIDATED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant The Board of Trustees of Columbia University may move, answer, or otherwise respond to the Consolidated Complaint is hereby extended up to and including January 13, 2023. The parties further stipulate and agree that Plaintiffs' response to any motion to dismiss, if any, or otherwise, shall be filed on or before February 10, 2023, and if Plaintiffs file an opposition to any motion to dismiss, then Defendant's reply papers in support of any motion to dismiss, if any, shall be filed on or before March 10, 2023.

The current deadline to move, answer, or otherwise respond to the Consolidated Complaint is December 19, 2022. There has been no previous request for an extension of time in connection with Defendant's response to the Consolidated Complaint.

1

Dated:  New York, New York
         November 29, 2022

| GAINEY McKENNA & EGLESTON | DEBEVOISE & PLIMPTON LLP |
|---|---|
| By: */s/ Thomas J. McKenna*<br>Thomas J. McKenna<br>Gregory M. Egleston<br>  tjmckenna@gme-law.com<br>  gegleston@gme-law.com<br>501 Fifth Avenue, 19th Floor<br>New York, NY  10017<br>Tel: (212) 983-1300<br>Fax: (212) 983-0383 | By: */s/ Maura K. Monoghan*<br>Maura K. Monaghan<br>  mkmonaghan@debevoise.com<br>919 Third Avenue<br>New York, New York  10022<br>Tel: (212) 909-6000<br>Fax: (212) 909-6836 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant The Board of Trustees of Columbia University* |

SO ORDERED

_____

Hon. Paul D. Gardephe

United States District Judge

Dated: