UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: COLUMBIA COLLEGE
RANKINGS ACTION

**ORDER**

22 Civ. 5945 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant The Board of Trustees of Columbia University in the City of New York's time to answer or otherwise move with respect to the Consolidated Complaint (Dkt. No. 27) is extended to January 13, 2023. The initial pre-trial conference scheduled for December 15, 2022, is adjourned sine die.

The parties are reminded that, pursuant to Rule IV.A. of this Court's Individual Rules of Practice, a pre-motion conference is required in advance of any Rule 12 motion. The letter requesting such a conference should describe the grounds for the proposed motion in detail, and any letter response should set forth the non-movant's position in detail, so that the Court may evaluate whether the proposed motion is likely to be productive. If the Defendant wishes to file a motion to dismiss the Consolidated Complaint, a letter requesting a pre-motion conference will be filed by December 16, 2022. Any response is due by December 23, 2022. In the event that a pre-motion conference is necessary, the conference will take place on **January 19, 2023 at 11:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 2, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge