**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: COLUMBIA COLLEGE RANKINGS ACTION

Case No. 1:22-cv-05945-PGG

(Consolidated with Case No. 1:22-cv-06567-PGG)

**JOINT STIPULATION FOR BRIEF ADJOURNMENT OF DEADLINES TO RESPOND TO THE CONSOLIDATED COMPLAINT**

WHEREAS, the parties previously stipulated and agreed that the time within which Defendant The Board of Trustees of Columbia University ("Defendant" or "Columbia") could move, answer, or otherwise respond to the Consolidated Complaint would be extended up to and including January 13, 2023;

WHEREAS on December 12, 2022, the Court entered an order reflecting the same (ECF No. 30);

WHEREAS on December 20, 2022, the Court held a joint telephonic conference with the parties and explained that the pre-motion conference, currently scheduled for January 19, 2023, may be used if necessary to discuss Defendant's proposed motion to dismiss;

WHEREAS on December 23, 2022, Defendant filed a pre-motion conference letter in connection with a proposed motion to dismiss the Consolidated Complaint (ECF No. 33) and on December 29, 2022, Plaintiffs filed a letter in response (ECF No. 34); and

WHEREAS, the parties wish to ensure that their briefs reflect any instructions or guidance the Court may provide during the January 19, 2023 pre-motion conference or otherwise;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant may move, answer, or otherwise respond to the Consolidated Complaint is hereby extended up to and including January 27, 2023. The parties further stipulate and agree that Plaintiffs' response to any motion to dismiss, if any, or otherwise, shall be filed on or before February 27, 2023, and if Plaintiffs file an opposition to any motion to dismiss, then Defendant's reply papers in support of any motion to dismiss, if any, shall be filed on or before March 24, 2023.

The current deadline to move, answer, or otherwise respond to the Consolidated Complaint is January 13, 2023. There has been one previous request for an extension of time in connection with Defendant's response to the Consolidated Complaint.

Dated:  New York, New York
       January 4, 2023

GAINEY McKENNA & EGLESTON      DEBEVOISE & PLIMPTON LLP


By: _/s/ Thomas J. McKenna_      By: _/s/ Maura K. Monaghan_
Thomas J. McKenna      Maura K. Monaghan
Gregory M. Egleston        mkmonaghan@debevoise.com
  tjmckenna@gme-law.com      919 Third Avenue
  gegleston@gme-law.com      New York, New York  10022
501 Fifth Avenue, 19th Floor      Tel: (212) 909-6000
New York, NY  10017      Fax: (212) 909-6836
Tel: (212) 983-1300
Fax: (212) 983-0383

_Attorneys for Plaintiffs_      _Attorneys for Defendant The Board of Trustees of Columbia University_

SO ORDERED

_____

Hon. Paul D. Gardephe

United States District Judge

Dated: