# Debevoise & Plimpton

January 12, 2023

MEMO ENDORSED: The conference scheduled for January 19, 2023 is adjourned to January 26, 2023 at 11:45 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Date: January 13, 2023

<u>VIA ECF</u>

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

Re:   IN RE: COLUMBIA COLLEGE RANKINGS ACTION
      (1:22–cv–05945-PGG (consolidated with 1:22–cv–06567–PGG))

   This Document Relates To: All Actions

Dear Judge Gardephe:

   We represent Defendant in the above-referenced action. Per the Court's December 2, 2022 Order, a pre-motion conference, should one be necessary, is scheduled for Thursday, January 19, 2023 at 11:15 a.m. ECF 30. We respectfully request an adjournment of the pre-motion conference because Defendant's lead counsel now has a conflict on that date. Plaintiffs have no objection to this request. This is the first request for an adjournment of this conference, and no other court dates are scheduled in this matter.

   We request an adjournment for the earliest date on which the Court can reschedule the conference. The parties are available on the morning of Thursday, January 26, when the Court typically holds civil conferences, as well as on the following dates: Wednesday, January 25 and Friday January 27.

   Thank you for your consideration of this request.

                              Respectfully submitted,

                              <u>/s/ *Maura K. Monaghan*</u>
                              Maura K. Monaghan

                              DEBEVOISE & PLIMPTON LLP
                              919 Third Avenue
                              New York, NY 10022
                              Tel: (212) 909-6000
                              mkmonaghan@debevoise.com

cc:   All counsel of record (by ECF)