UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COLUMBIA COLLEGE RANKINGS ACTION | **ORDER**<br><br>22 Civ. 5945 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The parties should be aware that the Court attended Columbia Law School between 1979 and 1982.  The Court also was a lecturer-in-law at Columbia Law School for several years.  The Court does not regard these facts as a basis for recusal.  Any party that does consider these facts to be a basis for recusal will file a letter explaining its position by January 27, 2023.

Dated: New York, New York
       January 20, 2023

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge