UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COLUMBIA COLLEGE RANKINGS ACTION | Case No. 1:22–cv–05945–PGG<br><br>(Consolidated with Case No. 1:22–cv–06567–PGG) |
| This Document Relates To:<br><br>All Actions. | |

### NOTICE OF DEFENDANT'S MOTION TO DISMISS THE PUTATIVE CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendant The Trustees of Columbia University in the City of New York, by and through its undersigned attorneys, will move this Court before the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York, 10007, at such time as the Court may hereafter determine, for an order dismissing the Putative Class Action Complaint.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Putative Class Action Complaint and the Declaration of Aasiya F. Mirza Glover in Support of Defendant's Motion to Dismiss the Putative Class Action Complaint.

Dated: New York, New York
       February 10, 2023

/s/ *Maura K. Monaghan*
Maura K. Monaghan
(mkmonaghan@debevoise.com)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

*Attorneys for The Trustees of Columbia University in the City of New York*