UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COLUMBIA COLLEGE RANKINGS ACTION | **ORDER**<br><br>22 Civ. 5945 (PGG)<br><br>(Consolidated with 22 Civ. 6567 (PGG)) |

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to Plaintiffs' motion to amend (Dkt. No. 56):

(1) Defendant's opposition brief is due by **May 2, 2024**; and

(2) Plaintiffs' reply, if any, is due by **May 23, 2024.**

Dated: New York, New York
April 11, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge