# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COLUMBIA COLLEGE RANKINGS ACTION | No. 1:22-cv-05945 (PGG)<br><br>(Consolidated with Case No. 1:22-cv-06567 (PGG))<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PROVIDE INITIAL DISCLOSURES** |

WHEREAS Plaintiff filed a Consolidated Class Action Complaint on December 16, 2022 (ECF No. 32);

WHEREAS on March 26, 2024, the Court entered a Memorandum Opinion & Order denying in part Defendant's motion to dismiss (ECF No. 51);

WHEREAS on April 11, 2024, the Court entered a Case Management Plan and Scheduling Order in accordance with Federal Rules of Civil Procedure 16 and 26(f) (ECF No. 60);

WHEREAS the parties' time to complete their initial disclosures is no later than April 25, 2024 but Defendant requires a short extension of time to do so;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time to exchange their initial disclosures under Federal Rule of Civil Procedure 26(a)(1) is extended until no later than April 30, 2024.

1

Dated: New York, New York
April 24, 2024

| | |
|---|---|
| GAINEY McKENNA & EGLESTON | DEBEVOISE & PLIMPTON LLP |
| By: /s/ *Thomas J. McKenna*[1] <br> Thomas J. McKenna <br> Gregory M. Egleston <br>   tjmckenna@gme-law.com <br>   gegleston@gme-law.com <br> 260 Madison Avenue <br> 22nd Floor <br> New York, New York  10016 <br> Tel: (212) 983-1300 | By: /s/ *Maura K. Monaghan* <br> Maura K. Monaghan <br>   mkmonaghan@debevoise.com <br> 66 Hudson Boulevard <br> New York, New York  10001 <br> Tel: (212) 909-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant The Trustees of Columbia University in the City of New York* |

SO ORDERED

*[signature: Paul G. Gardephe]*

Hon. Paul G. Gardephe
United States District Judge
Dated:  April 26, 2024

---

[1] Mr. McKenna has consented to submission of this stipulation to be so ordered by the Court pursuant to SDNY ECF Rule 8.5.