**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

August 13, 2024

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

Re:   *In re Columbia College Rankings Action*,
      **Case No. 1:22-cv-05945-PGG (S.D.N.Y.)**

Dear Judge Gardephe:

We represent Defendant in the above-referenced action. Per the Court's April 11, 2024 Order, a case management conference is scheduled for Thursday, August 15, 2024 at 10:30 a.m. *See* ECF No. 60. With consent of counsel for Plaintiff, we respectfully request an adjournment of the case management conference because Defendant's counsel has a trial conflict on that date. This is the first request for such an adjournment, and no other court dates have been scheduled in this matter. The parties are available on the mornings of Tuesday, September 10, Thursday September 12, and Thursday, September 19.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Maura K. Monaghan*
Maura K. Monaghan
*Counsel for Defendant*

cc:   All Counsel of Record (*via* ECF)

---

MEMO ENDORSED

The Conference is adjourned to 3:00pm on October 2, 2024

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

Dated: August 14, 2024