**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

September 25, 2024

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

Re:   *In re Columbia College Rankings Action*,
      Case No. 1:22-cv-05945-PGG (S.D.N.Y.)

Dear Judge Gardephe:

We represent Defendant in the above-referenced action. With the consent of counsel for Plaintiffs, we respectfully request an adjournment of the case management conference currently scheduled for October 2, 2024, at 3:00 p.m., due to a scheduling conflict. This is the second request for such an adjournment; the conference was initially scheduled for August 15, 2024. *See* ECF Nos. 60 and 76. The parties are available on the mornings of Thursday, October 17, Wednesday, October 23, Thursday, October 24, and Friday, October 25.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/* Maura K. Monaghan
Maura K. Monaghan
*Counsel for Defendant*

cc:   All Counsel of Record (*via* ECF)

**MEMO ENDORSED:** The conference currently scheduled for October 2, 2024, is adjourned to **October 17, 2024, at 10:00 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Dated: September 26, 2024

www.debevoise.com