UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COLUMBIA COLLEGE RANKINGS ACTION | **ORDER**<br><br>22 Civ. 5945 (PGG)<br><br>(Consolidated with 22 Civ. 6567 (PGG)) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for October 17, 2024, is adjourned to **October 24, 2024, at 11:00 a.m.** Applications to modify the case management plan are due **October 23, 2024.**

Dated: New York, New York
       October 16, 2024

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge