# GAINEY McKENNA & EGLESTON

_____

ATTORNEYS AT LAW

260 MADISON AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

www.gme-law.com

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-900

Please Reply To The New York Address

January 28, 2025

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

      Re:    *In re Columbia College Rankings Action*,
               **Case No. 1:22-cv-05945-PGG (S.D.N.Y.)**

Dear Judge Gardephe:

      This firm represents Plaintiffs Ravi Campbell and Student B ("Plaintiffs") in the above-referenced consolidated action (the "Action"). Pursuant to this Court's instruction during the October 24, 2024 case management hearing (*see* ECF No. 88, at 7:8-10), we submit this joint letter on behalf of Plaintiffs and Defendant the Trustees of Columbia University in the City of New York ("Defendant") regarding the mediation that occurred on January 21, 2025.

      Both Counsel for Plaintiffs and Defendant traveled from New York (as well as an Associate from the United Kingdom for Plaintiffs) to Philadelphia to attend the mediation with a well-respected and experienced mediator – The Honorable Diane M. Welsh (Ret.) of JAMS. In advance of the mediation, the Parties thoroughly prepared, assessed the merits of their cases, and exchanged detailed mediation statements. However, the mediation ended without a settlement.

      The Parties are now proceeding with discovery. As such, the Parties have so far stipulated that documents produced thus far for mediation purposes may be considered as also produced for discovery purposes, subject to applicable objections and consistent with the Stipulated Protective Order. The Parties are also negotiating deposition dates, further document production, and other discovery matters.

*The Honorable Paul G. Gardephe, U.S.D.J.*
*In re Columbia College Rankings Action,*
*Case No. 1:22-cv-05945-PGG (S.D.N.Y.)*
*January 28, 2025*
*Page 2*

      The Parties are available should the Court require any further assistance.

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

*Thomas J. McKenna*

Thomas J. McKenna
*Counsel for Plaintiffs and
the Putative Class*

**DEBEVOISE & PLIMPTON LLP**

*Maura K. Monaghan*

Maura K. Monaghan
*Counsel for Defendant*

cc:    All Counsel of Record (*via* ECF)