UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COLUMBIA COLLEGE RANKINGS ACTION | **ORDER**<br><br>22 Civ. 5945 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

A case management conference will be held in this matter on **Wednesday, February 5, 2025, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
January 29, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge