**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Date: February 3, 2025

January 31, 2025

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

> Re: ***In re Columbia College Rankings Action*,**
> **Case No. 1:22-cv-05945-PGG (S.D.N.Y.)**

Dear Judge Gardephe:

We represent Defendant in the above-referenced action. Per the Court's January 29, 2025 Order, a case management conference is scheduled for Wednesday, February 5, 2025, at 3:00 p.m. *See* ECF No. 91. With the consent of counsel for Plaintiffs, we respectfully request a one-week adjournment of the case management conference due to a scheduling conflict. This is the first request for such an adjournment and no other court dates have been scheduled in this matter. The parties are available the following Wednesday, February 12, 2025, at 3:00 p.m. if that is convenient for the Court.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Maura K. Monaghan*
Maura K. Monaghan

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000
mkmonaghan@debevoise.com

cc: All Counsel of Record (*via* ECF)

www.debevoise.com