USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVI CAMPBELL, *et al.*,

        Plaintiff,

-v-

THE BOARD OF TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

        Defendant.

**ORDER**

22-CV-5945 (PGG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Order of Referral to a Magistrate Judge was reassigned to me on March 18, 2025. A telephone conference is scheduled on **Friday, March 21** at **4:00 p.m.** to discuss whether recusal is appropriate in light of my graduation from Columbia Law School and my wife's former employment at Columbia Law School where she was responsible for providing information relevant to the law school's rankings.

    The parties should dial in to 646-453-4442 and use the conference ID 699 058 457#.

**SO ORDERED.**

Dated: March 19, 2025
       New York, New York

                                                          Henry J. Ricardo
                                                          United States Magistrate Judge