# GAINEY McKENNA & EGLESTON
_____

| | ATTORNEYS AT LAW | |
|---|---|---|
| 260 MADISON AVENUE<br>22ⁿᵈ FLOOR<br>NEW YORK, NEW YORK 10016<br>TEL: (212) 983-1300<br>FAX: (212) 983-0383 | www.gme-law.com | 375 ABBOTT ROAD<br>PARAMUS, NEW JERSEY 07652<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 |

Please Reply To The New York Address

March 20, 2025

**VIA ECF**

The Honorable Henry J. Ricardo, U.S.M.J.
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom: 21D
New York, NY 10007-1312

      Re:    *In re Columbia College Rankings Action*,
             Case No. 1:22-cv-05945-PGG-HJR (S.D.N.Y.)

Dear Judge Ricardo:

      This firm represents Plaintiffs Ravi Campbell, Student B, Raphael Silverman, and Bruce Acosta ("Plaintiffs") in the above-referenced consolidated action (the "Action"). In accordance with Your Honor's Individual Rules I.A and I.G, Plaintiffs submit this request to adjourn the telephone conference scheduled for March 21, 2025 at 4:00 p.m. to March 27, 2025 at a time convenient for the Court before 1:00 p.m.

      Plaintiffs request this adjournment as each of Plaintiffs' counsel will either be traveling or out of the country and thus unable to attend the telephone conference as presently scheduled. In accordance with Your Honor's Individual Rules, the Parties have conferred regarding this adjournment and Defendant does not oppose Plaintiffs' request.

                                     Respectfully submitted,

      */s/ Thomas J. McKenna*
      Thomas J. McKenna
      *Counsel for Plaintiffs and*
      *the Putative Class*

cc:    All Counsel of Record (*via* ECF)