Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

March 31, 2025

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: April 1, 2025

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

    Re:    *In re Columbia College Rankings Action*,
             Case No. 1:22-cv-05945-PGG (S.D.N.Y.)

Dear Judge Gardephe:

Per the Court's February 12, 2025 Order, a case management conference is scheduled for Wednesday, April 2, 2025 at 3:00 pm. *See* ECF No. 95. The parties jointly request a two-week adjournment of the case management conference. The parties are available in two weeks' time, on April 16 at 3:00 pm, if that is convenient for the Court.

Thank you for your consideration of this request.

                                                  Respectfully submitted,

| */s/ Thomas J. McKenna* | */s/ Maura K. Monaghan* |
|---|---|
| Thomas J. McKenna | Maura K. Monaghan |
| GAINEY McKENNA & EGLESTON | DEBEVOISE & PLIMPTON LLP |
| 260 Madison Ave, 22nd Floor | 66 Hudson Boulevard |
| New York, NY 10016 | New York, NY 10001 |
| Tel: (212) 983-1300 | Tel: (212) 909-6000 |
| tjmckenna@gme-law.com | mkmonaghan@debevoise.com |
| | |
| *Counsel for Plaintiffs and the Putative Class* | *Counsel for Defendant* |

cc:    All Counsel of Record (*via* ECF)

www.debevoise.com