# GAINEY McKENNA & EGLESTON
_____

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 260 MADISON AVENUE<br>22nd FLOOR<br>NEW YORK, NEW YORK 10016<br>TEL: (212) 983-1300<br>FAX: (212) 983-0383 | www.gme-law.com | 375 ABBOTT ROAD<br>PARAMUS, NEW JERSEY 07652<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 |

Please Reply To The New York Address

April 10, 2025

**VIA ECF**

The Honorable Henry J. Ricardo, U.S.M.J.
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom: 21D
New York, NY 10007-1312

      Re:    *In re Columbia College Rankings Action*,
                **Case No. 1:22-cv-05945-PGG-HJR (S.D.N.Y.)**

Dear Judge Ricardo:

      This firm represents Plaintiffs Ravi Campbell, Student B, Raphael Silverman, and Bruce Acosta ("Plaintiffs") in the above-referenced consolidated action (the "Action"). Pursuant to Your Honor's Order (ECF No. 109), Plaintiffs write to request Your Honor's recusal from the Action.

      Based upon the information Your Honor provided during the telephonic conference held on March 27, 2025, and the underlying facts at issue in the Action, Plaintiffs believe Your Honor should be recused from this Action. Plaintiffs are available should the Court require further assistance.

                            Respectfully submitted,

      */s/ Thomas J. McKenna*
      Thomas J. McKenna
      *Counsel for Plaintiffs and*
      *the Putative Class*

cc:    All Counsel of Record (*via* ECF)