# GAINEY McKENNA & EGLESTON

**ATTORNEYS AT LAW**

www.gme-law.com

260 MADISON AVENUE
22nd FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

Please Reply To The New York Address

April 11, 2025

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

    Re:   *In re Columbia College Rankings Action*,
           Case No. 1:22-cv-05945-PGG (S.D.N.Y.)

Dear Judge Gardephe:

    Pursuant to this Court's April 1, 2025 Order, a case management conference is currently scheduled for April 16, 2025, at 3 p.m. *See* ECF No. 111. The Parties in the above-captioned action jointly request a one-week adjournment of the case management conference.

Respectfully submitted,

/s/ Thomas J. McKenna
Thomas J. McKenna
*Counsel for Plaintiffs and the Putative Class*

/s/ Maura K. Monaghan
Maura K. Monaghan
*Counsel for Defendant*

cc:     All Counsel of Record (*via* ECF)

**MEMO ENDORSED:** The application is granted. The case management conference is adjourned to **April 23, 2025 at 3 p.m.**

SO ORDERED.

*[Signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Dated: April 11, 2025