# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW

www.gme-law.com

260 MADISON AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-900

Please Reply To The New York Address

May 19, 2025

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

    Re: *In re Columbia College Rankings Action*,
       Case No. 1:22-cv-05945-PGG (S.D.N.Y.)

Dear Judge Gardephe:

  Per the Court's April 22, 2025 Order, a case management conference is scheduled for Tuesday, May 20 at 3:00 pm. *See* ECF No. 121. The parties jointly request a four-week adjournment of the case management conference. The parties are available in four weeks' time, on June 17, 2025 at 3:00 pm, if that is convenient for the Court.

  Thank you for your consideration of these requests.

          Respectfully submitted,

        **GAINEY McKENNA & EGLESTON**

          /s/ *Thomas J. McKenna*

        **DEBEVOISE & PLIMPTON LLP**

         /s/ *Maura K. Monaghan*

TJM/nr

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: May 19, 2025