# GAINEY McKENNA & EGLESTON

_____

ATTORNEYS AT LAW

www.gme-law.com

| | | |
|---|---|---|
| 260 MADISON AVENUE<br>22ND FLOOR<br>NEW YORK, NEW YORK 10016<br>TEL: (212) 983-1300<br>FAX: (212) 983-0383 | | 375 ABBOTT ROAD<br>PARAMUS, NEW JERSEY 07652<br>TEL: (201) 225-9001<br>FAX: (201) 225-900 |

Please Reply To The New York Address

June 23, 2025

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

      Re:    *In re Columbia College Rankings Action*,
                **Case No. 1:22-cv-05945-PGG (S.D.N.Y.)**

Dear Judge Gardephe:

      Per the Court's June 13, 2025 Order, a case management conference is scheduled for Tuesday, June 24 at 3:00 pm. *See* ECF No. 126. The parties jointly request an adjournment of the case management conference to July 8, 2025 at 3:00 pm, if that is convenient for the Court.

      Thank you for your consideration of this request.

                                          Respectfully submitted,

                                        **GAINEY McKENNA & EGLESTON**

                                          /s/ *Thomas J. McKenna*

                                        **DEBEVOISE & PLIMPTON LLP**

                                         /s/ *Maura K. Monaghan*

TJM/nr