# GAINEY McKENNA & EGLESTON

---

ATTORNEYS AT LAW

www.gme-law.com

260 MADISON AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-900

Please Reply To The New York Address

June 23, 2025

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

      Re:    *In re Columbia College Rankings Action*,
                 Case No. 1:22-cv-05945-PGG (S.D.N.Y.)

Dear Judge Gardephe:

      Per the Court's June 13, 2025 Order, a case management conference is scheduled for Tuesday, June 24 at 3:00 pm. *See* ECF No. 126. The parties jointly request an adjournment of the case management conference to July 8, 2025 at 3:00 pm, if that is convenient for the Court.

      Thank you for your consideration of this request.

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

/s/ *Thomas J. McKenna*

**DEBEVOISE & PLIMPTON LLP**

/s/ *Maura K. Monaghan*

TJM/nr

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. [signature]*

Paul G. Gardephe, U.S.D.J.

Dated: June 23, 2025