**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: July 7, 2025

July 3, 2025

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

    Re:   *In re Columbia College Rankings Action*,
              **Case No. 1:22-cv-05945-PGG (S.D.N.Y.)**

Dear Judge Gardephe:

Per the Court's June 23, 2025 Order, a case management conference is scheduled for Tuesday, July 8, 2025, at 3:00 p.m. *See* ECF No. 128. As the Court is aware, the parties have reached a settlement in this matter and Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement on June 30, 2025. *See* ECF No. 129, et seq. The parties therefore jointly request that the conference scheduled for July 8, 2025 be adjourned *sine die* pending the Court's review of the Motion for Preliminary Approval.

Thank you for your consideration of this request.

                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Gregory M. Egleston* | */s/ Maura K. Monaghan* |
| Gregory M. Egleston | Maura K. Monaghan |
| | |
| GAINEY MCKENNA & EGELSTON | DEBEVOISE & PLIMPTON LLP |
| 260 Madison Ave., 22nd Floor | 66 Hudson Boulevard |
| New York, NY 10016 | New York, NY 10001 |
| Tel: (212) 983-1300 | Tel: (212) 909-6000 |
| egleston@gme-law.com | mkmonaghan@debevoise.com |

cc:    All Counsel of Record (*via* ECF)