# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW

www.gme-law.com

260 MADISON AVENUE
22nd FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

Please Reply To The New York Address


December 5, 2025

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

**Re: *In re Columbia College Rankings Action*,**
**Case No. 1:22-cv-05945-PGG (S.D.N.Y.)**

Dear Judge Gardephe:

Pursuant to Your Honor's Individual Rule IV(H), Plaintiffs Ravi Campbell, Student B, Raphael Silveman, and Bruce Acosta ("Plaintiffs") in the above-captioned action submit this letter to call to the Court's attention that Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 129) has been pending for more than one-hundred and twenty (120) days, since June 30, 2025.

Plaintiffs continue to stand ready to address any questions from the Court regarding the proposed Settlement materials (located at ECF Nos. 129-134, 137), including the preliminary approval materials, notice to the settlement class, and any other matters.

Respectfully submitted,

*/s/ Thomas J. McKenna*
Thomas J. McKenna

*Counsel for Plaintiffs and the Putative Class*

cc: All Counsel of Record (*via* ECF)