# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW

www.gme-law.com

260 MADISON AVENUE
22nd FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

Please Reply To The New York Address

April 6, 2026

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom: 705
New York, NY 10007

**Re:** ***In re Columbia College Rankings Action*, Case No. 1:22-cv-05945-PGG (S.D.N.Y.)**

Dear Judge Gardephe:

Pursuant to Your Honor's Individual Rule IV(H), Plaintiffs Ravi Campbell, Student B, Raphael Silveman, and Bruce Acosta ("Plaintiffs") in the above-captioned action submit this letter to call to the Court's attention that Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 129) has been pending for more than two hundred and eighty (280) days, since June 30, 2025, and more than one hundred and twenty (120) days since Plaintiffs' prior letter. ECF No. 139.

Plaintiffs continue to stand ready to address any questions from the Court regarding the proposed Settlement materials (located at ECF Nos. 129-134, 137), including the preliminary approval materials, notice to the settlement class, and any other matters. Plaintiffs also respectfully submit that, given the lack of opposition to the motion, the Court may rule upon the pending preliminary approval motion without holding a hearing. *See, e.g.*, *In re USAA Data Securitiy Litigation*, Case No. 7:21-cv-05813-VB (S.D.N.Y.) (ECF No. 89); *Rand v. The Travelers Indemnity Company*, Case No. 7:21-cv-10744-VB-VR (S.D.N.Y.) (ECF No. 159); *In re Sundial Growers Inc. Securities Litigation*, Case No. 1:19-cv-10157-ALC (S.D.N.Y.) (ECF No. 27); *In re GigaCloud Technology Inc. Securities Litigation*, Case No. 1:23-cv-10645-JMF (S.D.N.Y.) (ECF No. 139); *Nolff, et al., v. Aterian, Inc., et al.*, Case No. 1:21-cv-04323-VM (S.D.N.Y.) (ECF No. 87); *Winter v. Stronghold Digital Mining, Inc., et al.*, Case No. 1:22-cv03088-RA-GS (S.D.N.Y.) (ECF No. 125); *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*, Case No. 1:17-cv-02506-RA (S.D.N.Y.) (ECF No. 34).

Respectfully submitted,

*/s/ Thomas J. McKenna*
Thomas J. McKenna
*Counsel for Plaintiffs and the Putative Class*

cc: All Counsel of Record (*via* ECF)