USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVI CAMPBELL, *et al.*,

Plaintiff,

-v-

THE BOARD OF TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

Defendant.

**ORDER**

22-CV-5945 (PGG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiffs have indicated their interest in consenting to magistrate judge jurisdiction. *See* ECF No. 144. However, Plaintiffs previously requested that the undersigned recuse himself from this action. *See* ECF No. 114. ("Plaintiffs write to request Your Honor's recusal from the Action."). The recusal request was never ruled on because it was mooted when the order of reference was withdrawn. *See* ECF No. 122.

Plaintiffs must file a letter on the docket by **November 17, 2026** clarifying whether they maintain their request for recusal or whether it is withdrawn.

**SO ORDERED.**

Dated: November 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge